FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2019 APR 19 AM 11: 45
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

U.S. BANK TRUST N.A., Not in its Individual Capacity but Solely as Owner Trustee for Windsor Park Asset Holding Trust;

    Plaintiff,

v.

LARRY HUGH DANIELS, SR.; MARY & ALICE FAMILY LIMITED PARTNERSHIP, L.P.; GEORGIA DEPARTMENT OF REVENUE; CHATHAM COUNTY, GEORGIA;

    Defendants.

CASE NO. CV418-215

## ORDER

Before the Court is the parties' Stipulation of Dismissal without Prejudice. (Doc. 7.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As requested by the parties, this action is **DISMISSED WITHOUT PREJUDICE**. Each party shall bear its own costs and attorneys' fees. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 19th day of April 2019.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA